## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

SOUTHERN GARDENS CITRUS
PROCESSING CORPORATION,

     Plaintiff,

-vs-                                    Case No.:  2:11-cv-377-99SPC
                                              LEAD

BARNES RICHARDSON & COLBURN and
MATTHEW T. MCGRATH, individually,

     Defendants.

_____/

A.DUDA & SONS, INC.,

     Plaintiff,

-vs-                                      Case No.:  2:11-cv-00378-99SPC
                                            MEMBER

BARNES RICHARDSON & COLBURN and
MATTHEW T. MCGRATH, individually,

     Defendants.

_____/

## <u>ORDER</u>

This matter comes before the Court on Plaintiffs' Motion for Clarification of Discovery Order (Doc. #86) filed on December 17, 2012.  This Court previously reserved ruling on the request for clarification on one issue in order to hold a hearing on the matter.  A hearing was held before the undersigned on January 8, 2013.  Attorney William Cleveland Acree, II was present on behalf of the Plaintiffs Southern Gardens and A. Duda & Sons, Inc.  Attorney Michael S. Kantor was present on behalf of the Defendants Barnes Richardson & Colburn and Matthew T. McGrath.

As stated on the record at the hearing, Plaintiffs' request for clarification of the Court's prior discovery order is granted to the extent that in response to Interrogatory No. 1, A. Duda & Sons, Inc. (and its subsidiaries) must identify what filings they made to all government-related entities and trade/business/industry related associations pursuant to any federal statutes, laws, enactments, regulations, ordinances, rulings, orders, certifications, programs or any other guidelines and requirements related to its citrus and agricultural business operations from 2008-2010 including all dates of filings, all deadlines for each filing, and state whether each filing was made on a recurring basis.  Additionally, as the Court previously ruled in regard to Interrogatory No. 2, A Duda and Sons, Inc. (and its subsidiaries) must include the identities of all persons who prepared the filings Plaintiff submitted in response to Interrogatory No. 1.

All other aspects of the Court's November 20, 2013 discovery order (Doc. #83) remain in effect as clarified by the Court in its January 3, 2013 Order (Doc. #94) and this Order.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion for Clarification of Discovery Order (Doc. #86) is **GRANTED**. Plaintiffs responses are limited as outlined above.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of January, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record