**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

SOUTHERN GARDENS CITRUS
PROCESSING CORPORATION,

    Plaintiff,

-vs-                                                  Case No.:  2:11-cv-377-38UAM
                                                             LEAD

BARNES RICHARDSON & COLBURN and
MATTHEW T. MCGRATH, individually,

    Defendants.
_____/

A.DUDA & SONS, INC.,

    Plaintiff,

-vs-                                                  Case No.:  2:11-cv-00378-38UAM
                                                             MEMBER

BARNES RICHARDSON & COLBURN and
MATTHEW T. MCGRATH, individually,

    Defendants.
_____/

**<u>ORDER</u>**

      This Court held a status conference with the Parties in this matter on June 18, 2013, to discuss scheduling issues in light of the Court's recent Order granting Defendants' Motion to Substitute Expert Witness.  (Doc. #133).  Mr. William Cleveland Acree, III was present on behalf of the Plaintiff and W. Todd Boyd was present on behalf of the Defendants.  The Parties informed the Court that they had met and conferred and agreed that discovery in this matter may be re-opened for the sole purpose of deposing expert Kenneth Weigel.  Thereafter, discovery would close at the

end of July and dispositive motions would be re-filed 45 days following the close of discovery.  The Parties agree that the currently pending dispositive motions (Docs. #117, 118, 119, 121) should be mooted and may be re-filed.  The Parties request a trial date in November 2013.  Based on the Court's discussions with the Parties, the Court amends the scheduling order in this matter as set forth below and will moot the pending dispositive motions, to be re-filed by the Parties if they wish.

Accordingly, it is now

**ORDERED:**

(1) Discovery in this matter is re-opened for the deposition of expert Kenneth Weigel.

(2) Discovery in this matter will close on **July 31, 2013**.

(3) Dispositive motions are due on or before **August 30, 2013**.

(4) Meeting in person to prepare joint final pretrial statement on or before **September 20, 2013**.

(5) Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) due on or before **September 30, 2013**.

(6) Final Pretrial Conference is set for **October 21, 2013** at 9:30 a.m. in Fort Myers Courtroom 5D.

(7) Jury trial is set in this matter for **November 4, 2013**.  All directives provided in the original Case Management and Scheduling Order (Doc. #16) remain in effect.

(8) Plaintiffs' Southern Gardens Citrus Processing Corporation and A. Duda & Sons, Inc. Motion for Summary Judgment and Motion to Strike Defendants' Expert, Mr. Tesser (Doc. #117) is **DENIED as moot**.

(9) Defendants' Dispositive Daubert Motion to Exclude Plaintiffs' Experts (Doc. #118) is **DENIED as moot**.

(10) Defendants' Motion for Summary Judgment (Doc. #119) is **DENIED as moot**.

(11) Plaintiffs' Motion for Partial Summary Judgment on the Issue of Comparative Fault (Doc. #121) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of June, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record