## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

SOUTHERN GARDENS CITRUS
PROCESSING CORPORATION,

    Plaintiff,                                  **Case Number 2:11-cv-377-FtM-29UAM**

v.                                               **(LEAD)**

BARNES RICHARDSON & COLBURN and
MATTHEW T. MCGRATH, individually,

    Defendant.
_____/

A. DUDA & SONS, INC.,

    Plaintiff,                                  **Case Number 2:11-cv-378-FtM-29UAM**
                                                    **(MEMBER)**

v.

BARNES RICHARDSON & COLBURN and
MATTHEW T. MCGRATH, individually,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, SOUTHERN GARDENS CITRUS PROCESSING CORPORATION and A. DUDA & SONS, INC., and Defendants, BARNES RICHARDSON & COLBURN and MATTHEW T. McGRATH, by and through their undersigned counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal with Prejudice, with each party to bear their own attorney's fees and costs

Dated:  January 10, 2014

| | |
|---|---|
| s/ W. Cleveland Acree, II | s/ W. Todd Boyd |
| **W. CLEVELAND ACREE, II, ESQ.** | **W. TODD BOYD, ESQ.** |
| Florida Bar No. 739359 | Florida Bar No. 770558 |
| **GARY J. SPAHN, JR., ESQ.** | **MICHAEL S. KANTOR, ESQ.** |
| Florida Bar No. 42441 | Florida Bar No. 90472 |
| **Quintairos, Prieto, Wood & Boyer, P.A.** | **Boyd Richards, et al.** |
| 255 S. Orange Avenue, Suite 900 | 100 S.E. Second Street, 36th Floor |
| Orlando, FL 32801 | Miami, FL 33131 |
| Tel: 407-872-6011 | Tel: 786-425-1045 |
| Fax: 407-872-6012 | Fax: 786-425-3905 |
| cacree@qpwblaw.com | tboyd@boydlawgroup.com |
| gspahn@qpwblaw.com | mkantor@boydlawgroup.com |
| Counsel for Plaintiffs | Counsel for Defendants |