UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SOUTHERN GARDENS CITRUS
PROCESSING CORPORATION

       Plaintiff,

v.                       Case No: 2:11-cv-377-FtM-29UAM

BARNES RICHARDSON & COLBURN,
MATTHEW T. MCGRATH, and
ROBERT BEHR,

       Defendants.
_____
A. DUDA & SONS, INC.

       Plaintiff,

v.                       Case No: 2:11-cv-378-FtM-29UAM

BARNES RICHARDSON & COLBURN
and MATTHEW T. MCGRATH,
individually,

       Defendants.
_____

## ORDER

    This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. #229) filed on January 10, 2014. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. _Anago Franchising, Inc. v. Shaz,_

LLC, 677 F.3d 1272 (11th Cir. 2012).  The trial will be cancelled and the case closed.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this   10th   day of January, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record